

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DANH JOHN TAI DANG, | § | No. 08-21-00172-CR |
| Appellant, | § | Appeal from the |
| v. | § | 413th Judicial District Court |
| THE STATE OF TEXAS, | § | of Johnson County, Texas[1] |
| Appellee. | § | (TC# DC-F201900089) |

## MEMORANDUM OPINION

Appellant Danh John Tai Dang has filed a motion to withdraw his notice of appeal and to voluntarily dismiss this appeal. *See* TEX.R.APP.P. 42.2 (governing voluntary dismissals in criminal cases). The motion is granted. The appeal is dismissed.

JEFF ALLEY, Justice

December 22, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.

(Do Not Publish)

---

[1] We hear this case on transfer from the Tenth Court of Appeals. *See* TEX.R.APP.P. 41.3.